David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
Cynthia A. Sauchak

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Cynthia A. Sauchak, | Case No. :  2:15-cv-02054 |
|---|---|
| Plaintiff, v. | **STIPULATION AND ORDER TO AMEND THE COMPLAINT** |
| NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, EXPERIAN INFORMATION SOLUTIONS, INC., | **(First Request)** |
| Defendants. | |

## STIPULATION AND ORDER TO AMEND COMPLAINT

Plaintiffs Cynthia A. Sauchak and Defendants Wells Fargo Financial National Bank (Wells Fargo), Experian Information Solutions, Inc. (Experian), Nordstrom, Inc. (Nordstrom) (collectively the "Parties") respectfully submit the following Stipulation permitting the Plaintiffs to file a first amended complaint (hereinafter "FAC", attached hereto as **Exhibit "1"**).

The FAC clarifies the claims and allegations against the Defendants and this FAC in being filed to expedite resolution in these matters.

IT IS SO STIPULATED.

| Dated January 27, 2016. | Dated January 27, 2016. |
|---|---|
| /s/ David Krieger, Esq<br>David Krieger, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | /s/ Tanya N. Peters, Esq.<br>Tanya N. Peters, Esq.<br>Snell & Wilmer, LLP<br><br>*Attorneys for Defendant Wells Fargo Financial National Bank* |
| /s/ Lynn V. Rivera, Esq.<br>Lynn V. Rivera, Esq.<br>Burnham Brown<br>200 So. Virginia Street, 8th Floor<br>Reno, NV  89501<br><br>*Attorneys for Defendant Nordstrom* | /s/ Jennifer L. Braster, Esq.<br>Jennifer L. Braster, Esq.<br>Maupin Naylor Braster<br>1050 Indigo Drive<br>Suite 112<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant Experian* |

## **ORDER**

IT IS SO ORDERED that this Stipulation and Order to Amend the Complaint is hereby **GRANTED**.

IT IS FURTHER ORDERED, that the Plaintiff shall file the FAC within seven (7) days of entry of this Order.

_____
UNITED STATES DISTRICT JUDGE
Dated:  January 27, 2016.